IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JIMMY L. PEACE, <br> TDCJ No. 1419458, <br><br> Plaintiff, <br><br> v. <br><br> TOMMY NORWOOD, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 7:19-cv-00116-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's Motion to Dismiss (ECF No. 28) is **GRANTED**, and Plaintiff's claims against Defendant Norwood in his official capacity are **DISMISSED** without prejudice, his claims against the unidentified male and female nurse in this suit are **DISMISSED** with prejudice, his claims against Defendant Norwood in his individual capacity are **DISMISSED** with prejudice, and his Motion for Leave to File an Amended Complaint (ECF No. 35) and Motion to Amend (ECF No. 37) are **DENIED** as moot.

**SO ORDERED** this 12th day of April, 2021.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE